FILED / LODGED / RECEIVED / COPY
SEP 1 8 2009
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-04-01268-PCT-NVW |
| Plaintiff, | |
| vs. | |
| Willard Michaelsen Biggs, | **ORDER** |
| Defendant. | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on September 15, 2009.

**THE COURT FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

**IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

DATED this 18th day of September, 2009.

Lawrence O. Anderson
United States Magistrate Judge